UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\------------------------------x

UNITED STATES OF AMERICA   :

                      :

         Plaintiff,    :   MEMORANDUM IN SUPPORT OF

                      :   THE MOTION FOR LEAVE TO

     v.               :   FILE A BRIEF AMICUS CURIAE

                      :

VILLAGE OF PORT CHESTER,   :   06 CV 15173(SCR)

                      :   JUDGE ROBINSON

        Defendant.    :

\------------------------------x

John W. Carroll respectfully submits this memorandum of law
in support of his motion for leave to file a brief of
*amicus curiae* in the above-captioned matter.

### INTEREST OF PROPOSED AMICUS

The jurisprudence surrounding election remedies
following Section 2 Voting Rights Act violations is complex
and not fully developed. FairVote is recognized by the
Internal Revenue Service as a 501(c)(3) organization whose
mission is to educate the public on means of achieving fair
representation through voting systems reforms across our
country. FairVote has tracked and provided support to many
jurisdictions wishing to improve their electoral system and
is familiar with the relevant jurisprudence. The
organization strives to disseminate relevant information
through all available sources, but especially where
communities are embroiled in controversies regarding ways

of achieving fair representation for communities of color.
This brief will shed light on two potential modified at-
large systems as remedies, now that this court finds Port
Chester to be in violation of the Voting Rights Act and now
that the Port Chester Village Council has voted to propose
a modified at-large voting system as a remedy. The matters
being litigated in this case fall squarely within the scope
of FairVote's educational mission, and FairVote has an
interest in seeing the federal judiciary and parties to
Voting Rights Act litigation contemplate remedies that
provide the most fair representation.

### THE BRIEF AMICUS CURIAE IS DESIRABLE AND RELEVANT

Due to the highly complex nature of the law
surrounding Section 2 remedies, this brief may help both
the parties and the court to more fully craft an effective
remedy to the Section 2 violation in Port Chester.


February 7, 2008


John W. Carroll

TO:
Michael J. Garcia
United States Attorney for Southern District of New York
David J. Kennedy
Assistant United States Attorney

86 Chambers Street, 3rd Floor
New York, New York 10007
Attorneys for Plaintiff


Anthony G. Piscionere
Piscionere & Nemarow, P.C.
363 Boston Post Road
Rye, New York 10580
Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA        :
                                :
            Plaintiff,          :   MOTION FOR LEAVE TO FILE A
                                :   BRIEF AMICUS CURIAE
      v.                        :
                                :   06 CV 15173 (SCR)
VILLAGE OF PORT CHESTER,        :   JUDGE ROBINSON
                                :
            Defendant. :
------------------------------x

PLEASE TAKE NOTICE that upon the attached Memorandum in

Support of the Motion for Leave to File a Brief Amicus

Curiae, and the proposed brief *amicus curiae* attached

thereto, John W. Carroll shall move this court, before the

Honorable Stephen C. Robinson, United States District

Judge, at the United State Courthouse, 300 Quarropas St.,

White Plains, NY 10601, for leave to file the proposed

brief *amicus curiae*.


February 7, 2008


_____  JC 6910
John W. Carroll


TO:
Michael J. Garcia
United States Attorney for Southern District of New York
David J. Kennedy
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Attorneys for Plaintiff

Anthony G. Piscionere
Piscionere & Nemarow, P.C.
363 Boston Post Road
Rye, New York 10580
Attorney for Defendant