**MANDATE**

S.D.N.Y. - N.Y.C.
06-cv-15173
Gardephe, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of August, two thousand eleven,

Present:

> Jon O. Newman,
> José A. Cabranes,
> Chester J. Straub,
> > *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 17, 2011

---

United States of America, Cesar Ruiz,

> *Plaintiffs-Appellees*,                                    11-1831-cv

> v.

Village of Port Chester,

> *Defendant-Appellant.*

---

Appellees, through counsel, move to dismiss the appeal. Upon due consideration, it is hereby ORDERED that the motion to dismiss is GRANTED as Appellant seeks to appeal a matter that was within the scope of the parties' consent judgment and not unequivocally reserved for appeal. *See LaForest v. Honeywell Int'l Inc.*, 569 F.3d 69 (2d Cir. 2009).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/17/2011